## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50028 - 1 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. THOMAS COOPER | | |

**DOCKET ENTRY TEXT:**

Initial appearance proceedings held.  Defendant appears in response to arrest.  Haneef Omar appointed as counsel.  Defendant informed of rights.  Financial affidavit due June 24, 2008. USA moves for detention.  Enter order of temporary detention.  Detention/preliminary hearings set for June 23, 2008 at 10:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|