## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50028 - 1 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. THOMAS COOPER | | |

**DOCKET ENTRY TEXT:**

Defendant waives right to a preliminary hearing. Court enters finding of probable cause. Detention hearing held. Enter order of detention pending trial. Status hearing set for July 2, 2008 at 11:00 am.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|