UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>vs.<br><br>THOMAS COOPER | ) No. 08 CR 50028<br>) Violation: Title 21, United States Code,<br>) Section 841(a)(1)<br>) |

The FEBRUARY 2008 GRAND JURY charges:

On or about April 28, 2008, at Rockford, in the Northern District of Illinois, Western Division,

THOMAS COOPER,

defendant herein, knowingly and intentionally distributed a controlled substance, namely 251.6 grams of a mixture containing cocaine base, in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

**FILED**

JUL 0 1 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

No.: 08 CR 50028

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

THOMAS COOPER

**INDICTMENT**

Violation(s): Title 21, United States Code, Section 841(a)(1)

A true bill, _____ Foreman

Filed in open court this ___ day of _____ A.D. 20__

_____ Clerk

Bail, $ _____



**FILED**

JUL 01 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court