FILED
JUL 0 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **08 CR 50028**
Case Name: **U.S. v. THOMAS COOPER**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   U.S. v. Thomas Cooper, 08 CR 50028

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)               ☐ Income Tax Fraud .......... (II)             ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)                    ☐ Postal Fraud ............ (II)               ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ............ (II)             ☐ Other Fraud ............ (III)              ☐ Immigration Laws .............. (IV)
   ☐ Post Office Robbery ...... (II)            ☐ Auto Theft ............. (IV)               ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery ......... (II)               ☐ Transporting Forged Securities .. (III)     ☐ Food & Drug Laws .............. (IV)
   ☐ Assault ............. (III)                ☐ Forgery ............. (III)                 ☐ Motor Carrier Act .............. (IV)
   ☐ Burglary .............. (IV)               ☐ Counterfeiting ......... (III)              ☐ Selective Service Act ........... (IV)
   ☐ Larceny and Theft ....... (IV)             ☐ Sex Offenses .......... (II)                ☐ Obscene Mail ............... (III)
   ☐ Postal Embezzlement ...... (IV)            ☐ DAPCA Marijuana ......... (III)             ☐ Other Federal Statutes ........... (III)
   ☐ Other Embezzlement ..... (III)             ☐ DAPCA Narcotics .......... (III)            ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 21, United States Code Section 841(a)(1)

_____
MARK T. KARNER
Assistant United States Attorney

(Revised 12/99)