# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES    ☐ MAGISTRATE    ☒ DISTRICT    ☐ APPEALS COURT or    ☐ OTHER PANEL (Specify below)

IN THE CASE OF

United States vs. Cooper    FOR Northern District of Illinois    AT Western Division

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)    Cooper

**F I L E D**

JUL 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| 1 ☒ Defendant—Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

DOCKET NUMBERS
Magistrate

District Court
08 CR 50028

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box · ·)    ☐ Felony    ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☒ Yes    ☐ No    ☐ Am Self-Employed

Name and address of employer: Everything Automotive

IF YES, how much do you earn per month? $ Varies

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes    ☐ No

IF YES, how much does your Spouse earn per month? $ 2100/mo

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes    ☒ No

RECEIVED    SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES    $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?    ☐ Yes    ☒ No    IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☒ Yes    ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ _____    DESCRIPTION Equity of $35,000

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
✓ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 5

List persons you actually support and your relationship to them
1 - stepson
4 - own

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | house | $ ? | $ 885/mo |
| | | $ | $ 600/mo |
| | child support | $ | $ 250/mo |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/1

SIGNATURE OF DEFENDANT ▶ Cooper
(OR PERSON REPRESENTED)