UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| v.                            ) | Case No. 08 CR 50028 |
| ) | Judge P. Michael Mahoney |
| THOMAS COOPER                 ) | |

MOTION TO MODIFY CONDITIONS OF RELEASE

THOMAS COOPER by Terence F. MacCarthy of the Federal Defender Program and its attorney Haneef Omar moves this court for an order modifying conditions of pretrial release. Mr. Cooper specifically requests leave to visit his daughter's birthday party on Saturday August 9, 2008 at Chucky Cheese in Rockford, IL.

Mr. Cooper was granted pretrial release under several conditions. One condition being that Mr. Cooper reside at his parent's residence 623 Lexington Ave, in Rockford, IL. Mr. Cooper is allowed to leave the residence between the hours of 9am and 12pm Monday through Friday and 10am to 2pm on Sundays. Mr. Cooper has a daughter, Thomaria Cooper, who will turn four years old on August 8, 2008. Mr. Cooper's daughter resides with her mother at a separate address. Mr. Cooper would like to attend his daughter's birthday party at Chucky Cheese in Rockford, IL located at 3600 E. State St. between the hours of 4pm and 6:30pm.

Counsel for Mr. Cooper has spoken with the pretrial services officer assigned to this case and she has no objection to the modification of release.

Wherefore, Mr. Cooper respectfully requests that this court modify his

conditions of pretrial release to allow him to attend his daughter's birthday party on Saturday August 9, 2008 between the hours of 4pm and 6:30pm at 3600 E. State St. in Rockford, IL.

Dated at Rockford, IL this 5th day of August 2008;

                                      Respectfully submitted;
                                      Terence F. MacCarthy for
                                      Thomas Cooper

                                      \_\_/s_____
                                      By Haneef Omar
                                      Attorney for Defendant

Federal Defender Program
202 W. State St. 600
Rockford, IL 61101
(815) 961-0800