**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Western Division**

UNITED STATES OF AMERICA
                                       Plaintiff,

v.                                                    Case No.: 3:08−cr−50028
                                                         Honorable Frederick J. Kapala

Thomas Cooper
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

       MINUTE entry before the Honorable P. Michael Mahoney: As to Thomas Cooper; Pursuant to request of counsel, Status hearing reset,as to time only, for 9/9/2008 at 09:30 AM. Mailed notice (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.